UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAY, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN CARE MINISTRY, INC., d/b/a MEDI-SHARE, a Delaware corporation; BRANDON HARVATH, an individual; and EVELIO SILVERA, an individual,<br><br>　　　　Defendants. | Case No. 2:23-cv-10660-SB-JC<br><br>[PROPOSED] ORDER CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER<br><br>Orig. Compl.　　　Dec. 20, 2023<br>Orig. Resp. Pldg.　[none] |

Having considered the joint stipulation to continue the deadlines in the case management order (CMO) and finding good cause to grant a continuance, the Court hereby modifies the CMO by adopting the Proposed Dates (as may have been modified) in the table below.

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| Trial | None | 12/09/24 | 01/09/25 |
| Pretrial Conf. | None | 11/22/24 | 12/23/25 |
| Motion to Amend Pleadings | None | 05/10/24 | 05/10/24 |
| Fact Discovery Cutoff | None | 08/16/24 | 09/16/24 |
| Expert Discovery Cutoff | None | 08/16/24 | 09/16/24 |
| Discovery Motion Hearing Cutoff | None | 08/16/24 | 09/16/24 |
| Non-Discovery Motion Hearing Cutoff | None | 08/30/24 | 09/30/24 |
| Settlement Conf. Deadline | None | 09/13/24 | 09/13/24 |
| Post-Settle. Conf. (Report due 7 days before) | None | 09/27/24 | 09/27/24 |
| Trial Filings (1st Set) | None | 10/25/24 | 11/25/24 |
| Trial Filings (2nd Set) | None | 11/08/24 | 12/09/24 |
| Defendants' Deadline to File Responsive Pleading | None | 06/21/24 | 07/22/24 |

Dated:  June ___, 2024

_____
**Stanley Blumenfeld, Jr.**
**United States District Judge**