LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
BENJAMIN A. HERBERT (State Bar No. 277356)
bherbert@millerbarondess.com
JUSTIN EHRLICH (State Bar No. 217606)
jehrlich@millerbarondess.com
DOMINIC J. NUNNERI (State Bar No. 300465)
dnunneri@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
PRAY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRAY, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN CARE MINISTRY, INC., d/b/a MEDI-SHARE, a Delaware corporation; BRANDON HARVATH, an individual; and EVELIO SILVERA, an individual,<br><br>    Defendants. | **CASE NO. 2:23-cv-10660**<br><br>**STIPULATION OF DISMISSAL**<br><br>Assigned to the Hon. Stanley Blumenfeld, Jr. and Magistrate Judge Hon. Jacqueline Chooljian<br>Courtroom 6C |

Plaintiff Pray, Inc. ("Plaintiff") and Defendants Christian Care Ministry, Inc., d/b/a Medi-Share, Brandon Harvath and Evelio Silvera ("Defendants") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims and parties, with each side (Plaintiff on one hand, and Defendants on the other hand) to bear their own attorney's fees and costs.

| | | |
|---|---|---|
| DATED: July 30, 2024 | | MILLER BARONDESS, LLP |

By: _____
BENJAMIN A. HERBERT
Attorneys for Plaintiff
PRAY, INC.

DATED: July 30, 2024  SHOOK, HARDY and BACON LLP

By:      /s/ Michael L. Mallow
MICHAEL L. MALLOW
Attorneys for Defendant
CHRISTIAN CARE MINISTRY, INC.

DATED: July 30, 2024  CROWELL & MORING LLP

By:      /s/ Valerie M. Goo
VALERIE M. GOO
Attorneys for Defendant
BRANDON HARVATH

DATED: July 30, 2024  BOIES SCHILLER FLEXNER LLP

By:      /s/ Jesse Panuccio
JESSE PANUCCIO
Attorneys for Defendant
EVELIO SILVERA

## SIGNATURE ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 30, 2024                        MILLER BARONDESS, LLP

By: _____
    BENJAMIN A. HERBERT
    Attorneys for Plaintiff
    PRAY, INC.